# U.S. District Court
## Middle District of Florida (Tampa)
### CIVIL DOCKET FOR CASE #: 8:25−cv−00071−SDM−AEP

City of St. Petersburg, Florida v. Eli Lilly and Company et al
Assigned to: Judge Steven D. Merryday
Referred to: Magistrate Judge Anthony E. Porcelli
Cause: 18:1961 Racketeering (RICO) Act

Date Filed: 01/10/2025
Date Terminated: 03/10/2025
Jury Demand: Plaintiff
Nature of Suit: 470 Racketeer/Corrupt Organization
Jurisdiction: Federal Question

**Plaintiff**

**City of St. Petersburg, Florida**　　represented by　**Benjamin Widlanski**
Kozyak, Tropin & Throckmorton, PA
9th Floor
2525 Ponce de Leon Blvd
Coral Gables, FL 33134
305−372−1800
Fax: 305−372−3508
Email: bwidlanski@kttlaw.com
*ATTORNEY TO BE NOTICED*

**Brandon L. Bogle**
Levin, Papantonio, Thomas, Mitchell, Rafferty & Proctor, P.A
Suite 600
316 S. Baylen St.
Pensacola, FL 32502
850/435−7043
Fax: 850/435−7020
Email: bbogle@levinlaw.com
*ATTORNEY TO BE NOTICED*

**Burton LeBlanc**
Baron & Budd, P.C.
2600 Citiplace Drive
Ste 400
Baton Rouge, LA 70808
225−927−5441
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Catherine Hancock Dorsey**
Baron & Budd, P.C.
600 New Hampshire Ave NW
10th Floor
Washington, DC 20037
202−333−4562
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Christine C. Mansour**

Baron & Buss, P.C.
3102 Oak Lawn Avenue
Suite 1100
Dallas, TX 75219
214–521–3605
Fax: 214–520–1181
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Christopher A. Seeger**
Seeger Weiss, LLP
55 Challenger Road
Ridgefield Park, NJ 07660
973–639–9100
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Daniel DiClemente**
Kozyak Tropin & Throckmorton
2525 Ponce de Leon Blvd. 9th Floor
Coral Gables
Miami, FL 33134
305–372–1800
Email: ddiclemente@kttlaw.com
*ATTORNEY TO BE NOTICED*

**David R. Buchanan**
Seeger Weiss LLP
55 Challenger Road
6th Floor
Ridgefield Park, NJ 07660
973–639–9100
Fax: 973–639–9393
Email: dbuchanan@seegerweiss.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Jorge L. Piedra**
Kozyak Tropin & Throckmorton
2525 Ponce de Leon Blvd.
Suite 9th Floor
Coral Gables, FL 33134
305–372–1800
Fax: 305–372–3508
Email: jpiedra@kttlaw.com
*ATTORNEY TO BE NOTICED*

**Mark P. Pfiko**
Baron & Budd, P.C.
15910 Ventura Blvd.
#1600
Los Angeles, CA 91436
818–839–2333
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Matthew D. Schultz**
Levin, Papantonio, Thomas, Mitchell, Rafferty & Proctor, P.A
316 S. Baylen St., Suite 600
Pensacola, FL 32502
850–435–7140
Email: mschultz@levinlaw.com
*ATTORNEY TO BE NOTICED*

**Rachel Sullivan**
Kozyak Tropin & Throckmorton
2525 Ponce de Leon Blvd.
9th Floor
Coral Gables, FL 33134
305–372–1800
Email: rs@kttlaw.com
*ATTORNEY TO BE NOTICED*

**Roland Tellis**
Baron & Budd, P.C.
15910 Ventura Blvd #1600
Encino, CA 91436
818–839–2333
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Russell W. Budd**
Baron & Budd, PC
Suite 1100
3102 Oak Lawn Ave.
Dallas, TX 75219
214/521–3605
Email: rbudd@baronbudd.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Steven J. Daroci**
Seeger Weiss LLP
55 Challenger Road
Ridgefield Park, NJ 07660
973–639–9100
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Tal J. Lifshitz**
Kozyak, Tropin & Throckmorton, PA
9th Floor
2525 Ponce de Leon Blvd
Coral Gables, FL 33134
305/728–2959
Fax: 305/372–3508
Email: tjl@kttlaw.com
*ATTORNEY TO BE NOTICED*

**William Franklin Cash , III**
Levin, Papantonio, Thomas, Mitchell, Rafferty
& Proctor, PA
316 S Baylen St – Ste 600
PO Box 12308
Pensacola, FL 32502
850–435–7059
Fax: 850–435–7020
Email: bcash@levinlaw.com
*ATTORNEY TO BE NOTICED*

**Rebecca Timmons**
Levin Papantonio
316 South Baylen Street
Pensacola, FL 32502
850–390–3425
Email: btimmons@levinlaw.com
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Eli Lilly and Company**

**Defendant**

**Novo Nordisk, Inc.**

**Defendant**

**Sanofi–Aventis U.S. LLC**

**Defendant**

**Evernorth Health, Inc.**
*formerly known as*
Express Scripts Holding Company

**Defendant**

**Express Scripts Administrators, LLC**

**Defendant**

**Medco Health Solutions, Inc.**

**Defendant**

**ESI Mail Pharmacy Service, Inc.**

**Defendant**

**Express Scripts Pharmacy, Inc.**

**Defendant**

Ascent Health Services, LLC

**Defendant**

**CVS Health Corporation**

**Defendant**

**CVS Pharmacy, Inc.**

**Defendant**

**Caremark RX, LLC**

**Defendant**

**Caremark PCS Health, LLC**

**Defendant**

**Caremark, LLC**

**Defendant**

**Zinc Health Services, LLC**

**Defendant**

**Unitedhealth Group, Inc.**

**Defendant**

**UnitedHealthcare Services, Inc.**

**Defendant**

**UnitedHealthCare Insurance Company**

**Defendant**

**Optum, Inc.**

**Defendant**

**Optumrx, Inc.**

**Defendant**

**OptumInsight, Inc.**

**Defendant**

**Emisar Pharma Services, LLC**

**Defendant**

**Express Scripts, Inc.**

| Date Filed | # | Docket Text |
|---|---|---|
| 01/10/2025 | 1 | COMPLAINT against All Defendants with Jury Demand (Filing fee $405 receipt number AFLMDC−22897096) filed by City of St. Petersburg, Florida. (Attachments: # 1 Civil Cover Sheet)(Timmons, Rebecca) (Entered: 01/10/2025) |
| 01/10/2025 | 2 | NEW CASE ASSIGNED to Judge Steven D. Merryday and Magistrate Judge Anthony E. Porcelli. New case number: 8:25−cv−71−SDM−AEP. (ARL) (Entered: 01/10/2025) |
| 01/13/2025 | 3 | NOTICE of Local Rule 1.07(c) and Local Rule 3.02(a)(2).<br><br>–**Local Rule 1.07(c)** requires lead counsel to file *promptly* a **Notice of a Related Action** identifying and describing any related action either pending or closed in the Middle District or elsewhere.<br><br>–**Local Rule 3.02(a)(2)** requires the parties in every civil proceeding, except those described in subsection (d), to file a case management report (CMR) using the uniform form at www.flmd.uscourts.gov. The CMR must be filed (1) within forty days after any defendant appears in an action originating in this court, (2) within forty days after the docketing of an action removed or transferred to this court, or (3) within seventy days after service on the United States attorney in an action against the United States, its agencies or employees. Judges may have a special CMR form for certain types of cases. These forms can be found at www.flmd.uscourts.gov under the Forms tab for each judge. (Signed by Deputy Clerk). (DAY) (Entered: 01/13/2025) |
| 01/14/2025 | 4 | NOTICE of a related action per Local Rule 1.07(c) by City of St. Petersburg, Florida. Related case(s): Yes (Timmons, Rebecca) (Entered: 01/14/2025) |
| 02/13/2025 | 5 | WAIVER of service returned executed on 1/31/2025 by City of St. Petersburg, Florida as to Eli Lilly and Company. (Bogle, Brandon) (Entered: 02/13/2025) |
| 02/13/2025 | 6 | WAIVER of service returned executed on 1/31/2025 by City of St. Petersburg, Florida as to ESI Mail Pharmacy Service, Inc., Eli Lilly and Company, Evernorth Health, Inc., Express Scripts Administrators, LLC, Express Scripts Pharmacy, Inc., Medco Health Solutions, Inc.. (Bogle, Brandon) (Entered: 02/13/2025) |
| 02/13/2025 | 7 | WAIVER of service returned executed on 2/6/2025 by City of St. Petersburg, Florida as to Ascent Health Services, LLC. (Bogle, Brandon) (Entered: 02/13/2025) |
| 03/10/2025 | 8 | MULTIDISTRICT LITIGATION panel order transferring case to: District of New Jersey MDL case number: 3080 (CTR) (Entered: 03/10/2025) |